IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| NOLAN CRAIG MARTIN,<br><br>    Plaintiff,<br><br>    v.<br><br>WARDEN ADAMS, WARDEN CHAMBERS, MR. TOOLE, MR. MCRAE, and OFFICER SHUMAKE,<br><br>    Defendants. | CIVIL ACTION NO.: 6:23-cv-24 |

**O R D E R**

Defendants Chambers, Shumake, Toole, and McRae filed Motions for a More Definite Statement and to Sever. Docs. 42, 43. The Court **ORDERS** Plaintiff to file responses to these Motions within 14 days of this Order. If Plaintiff fails to file timely responses, the Court will presume Plaintiff does not oppose the Motions and may dismiss individual claims or the entire action. See Local R. 7.5 ("Failure to respond . . . shall indicate . . . there is no opposition to a motion."). To ensure Plaintiff's responses are made with fair notice of the requirements of the Federal Rules of Civil Procedure regarding motions for more definite statements and joinder generally, the Court **DIRECTS** the Clerk of Court to provide a copy of Federal Rules of Civil Procedure 12, 20, 21, and 41 when serving this Order upon Plaintiff.

**SO ORDERED**, this 15th day of December, 2023.

BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA