IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

NOLAN CRAIG MARTIN,

Plaintiff,

v.

WARDEN ADAMS, WARDEN CHAMBERS, MR. TOOLE, MR. MCCRAE, and OFFICER SHUMAKE,

Defendants.

CIVIL ACTION NO.: 6:23-cv-24

### ORDER

After an independent and de novo review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation. Doc. 47. Plaintiff submitted a Notice in which he describes events allegedly occurring after he filed his Complaint. Doc. 48. Plaintiff stands by the contents of his Complaint and offers no additional facts or clarification of his Complaint. Id. at 3. In addition, Plaintiff did not file Objections to the Report and Recommendation or otherwise respond to this Court's Order, and the times to do so has elapsed. Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court.

The Court **DENIES as moot** Defendants Chambers, Shumake, Toole, and McCrae's Motions for a More Definite Statement and to Sever, **DISMISSES without prejudice** Plaintiff's claims against these four Defendants based on his failure to follow this Court's Order and failure to prosecute, **DIRECTS** the Clerk of Court to enter the appropriate judgment of dismissal as to these four Defendants, and **DENIES** Plaintiff leave to proceed *in forma pauperis* on appeal.

Plaintiff's claims against Defendant Adams remain pending, though Defendant Adams has yet to appear in this case. Doc. 47 at 1 n.1.

**SO ORDERED**, this 26th day of February, 2024.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA