IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

NOLAN CRAIG MARTIN,

Plaintiff,

v.

WARDEN ADAMS,

Defendant.

CIVIL ACTION NO.: 6:23-cv-24

## ORDER

The Magistrate Judge issued a Report and Recommendation for the Court to dismiss without prejudice Plaintiff's Complaint based on his failure to follow this Court's Orders and Local Rules and failure to prosecute. Doc. 57. Plaintiff did not file Objections to this Report and Recommendation, and the time to do so has elapsed. In fact, this Court's mailings have been returned as undeliverable due to Plaintiff's release. Doc. 58.

Accordingly, upon review, I find no clear error in the Magistrate Judge's Report and Recommendation and **ADOPT** the Report and Recommendation as the opinion of the Court. See Macort v. Prem, Inc., 208 F. App'x 781, 784 (11th Cir. 2006) (If no specific objections are made or no objections are made at all, "the appropriate standard of review for the report and recommendation is clear error."). I **DISMISS without prejudice** Plaintiff's Complaint for failure to follow this Court's Orders and Local Rules and failure to prosecute, **DIRECT** the Clerk of

Court to **CLOSE** this case and enter the appropriate judgment of dismissal, and **DENY** Plaintiff leave to appeal *in forma pauperis*.

**SO ORDERED**, this 31st day of March, 2025.

---

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

2